UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY DRIVER JR.,<br><br>Plaintiff,<br><br>v.<br><br>JOHN DOE, et al.,<br><br>Defendants. | NO. CV 19-3791-GW (AGR)<br><br>ORDER OF DISMISSAL |

On May 2, 2019, Plaintiff, a state prisoner who is proceeding *pro se* and *in forma pauperis*, filed a civil rights complaint under 42 U.S.C. § 1983.

On January 24, 2020, Plaintiff filed a First Amended Complaint ("FAC") against (1) Detective Rubin, (2) "Registered Nurse" of the Los Angeles County Sheriff's Department, (3) Warden C. Pfeiffer, (4) Dr. Jones L.C.S.W., and (5) Dr. Grewal. (Dkt. No. 41.) The body of the complaint adds the following categories of defendants: (6) Lieutenants "Skitter," Redding, Todd, Miller, Diaz, Martinez, and Ochoa; (7) Medical Technical Assistant Shepard; (8) Correctional Officers Aguilar, Torrez, Forsyth, Orr, Murphy, Emerson, Fry, Davis, Nichols, Sevilla, Anglni, and Estrada; and (9) Sergeants Chanelo, Ricki Savage, Mora, Salcedo,

Spark(s), Miller, Ray, and Varela.  (FAC at 6.)

On April 22, 2021, the Court issued an order dismissing Plaintiff's First Amended Complaint With Leave to Amend within 30 days after entry of the order. The Court warned Plaintiff that failure to file a timely Second Amended Complaint will result in dismissal of this action.

Plaintiff did not file a Second Amended Complaint or request an extension of time to do so.

Accordingly, IT IS ORDERED that this action is DISMISSED.

**IT IS SO ORDERED.**

DATED: June 14, 2021

_____
GEORGE H. WU
United States District Court